AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| CHRISTOPHER CAMERON and KATIE CAMERON, as Guardians Ad Litem for S.C., a minor,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SISSETON SWIMMING POOL ASSOCIATION, INC., CITY OF SISSETON, SOUTH DAKOTA, and DAVID STAUB,<br><br>*Defendant(s)* | Civil Action No. 1:20-cr-1004 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adeline Veflin, Registered Agent, Sisseton Swimming Pool Association, 11709 461st Ave., Sisseton, SD 57262; Amber Kemnitz, Finance Officer, City of Sisseton, 406 2nd Ave. W., Sisseton, SD 57262; Dr. David Staub, In his Individual Capacity, and for the Sisseton Swimming Pool Association, 706 E. Walnut St., Sisseton, SD 57262

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Heidepriem, Purtell, Siegel & Hinrichs, LLP, Scott N. Heidepriem, Matthew A. Tysdal, Shad E. Christman, Hannah K. Purtell, 101 W 69th St., Ste. 105, Sioux Falls, SD 57108
> Marler Clark, Bill Marler, Bruce Clark, Drew Falkenstein, 1012 First Avenue, Fifth Floor, Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/24/2020

*Signature of Clerk or Deputy Clerk*